RECVD'06 FEB 10 11:01USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DAVID D. WILLIAMS,

    Plaintiff,

v.

QUICK COLLECT, INC., an
Oregon corporation,

    Defendant.

CV05 1264 BR

ORDER RE DISMISSAL

Based upon the stipulation of the parties through their respective counsel, and the files and records herein,

IT IS HEREBY ORDERED that the above-entitled case be dismissed with prejudice and without costs and attorney fees to either party.

DATED this 10th day of February, 2006

                                  _____
                                  Honorable Anna J. Brown

Presented by:

Robert S. Perkins
robertperkins@draneaslaw.com
4004 Kruse Way Place
Suite 200
Lake Oswego, OR 97035-2491
Telephone: (503) 496-5500
Facsimile: (503) 496-5510
   Attorney for Plaintiff